# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GLORIA RASMUSSEN and JONATHAN RASMUSSEN, wife and husband and the marital community composed thereof<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | NO. C09-5350RJB<br><br>STIPULATION AND ORDER FOR DISMISSAL AND REMAND |

The parties, by and through their undersigned counsel, stipulate that all of plaintiffs' claims except plaintiffs' claim for uninsured motorist benefits shall be dismissed with prejudice. The parties stipulate that plaintiffs' damages on the remaining claim total less than $75,000. This action shall be remanded back to state court for resolution of plaintiffs' claim for uninsured motorist benefits. No attorney's fees or costs shall be awarded in favor of any party.

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

DATED this _____ day of June, 2009.

REED McCLURE

By_____  By_____
   Daryl L. Graves, WSBA #7561               Michael S. Rogers, WSBA #16423
   Attorney for Plaintiff                                Attorneys for Defendant

## JUDGMENT OF DISMISSAL

Based upon the foregoing stipulation, the court dismisses with prejudice all of plaintiffs' claims except plaintiffs' claim for uninsured motorist benefits. This action is remanded to state court for resolution of plaintiffs' claim for uninsured motorist benefits. No attorney's fees or costs are awarded in favor of any party.

DONE IN OPEN COURT this 1st day of July, 2009.

_____
ROBERT J. BRYAN
United States District Judge

Presented By:

REED McCLURE

By_____
   Michael S. Rogers, WSBA #16423
   Attorneys for Defendant

STIPULATION FOR DISMISSAL AND REMAND - 2

060349.099188\#~2649304

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152

Approved for entry, notice
of presentation waived:


By_____
   Daryl L. Graves, WSBA #7561
   Attorneys for Plaintiffs

REED McCLURE
ATTORNEYS AT LAW
TWO UNION SQUARE
601 UNION STREET, SUITE 1500
SEATTLE, WASHINGTON 98101-1363
(206) 292-4900 FAX (206) 223-0152